**Motion Denied; Order filed November 5, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00226-CR

———————

**KENNETH RAY HUMPHREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1415329**

## ORDER

Appellant is represented by appointed counsel, Melissa Martin. Appellant's brief was originally due **July 23, 2015.** We granted three extensions of time to file appellant's brief until October 23, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On October 19, 2015, counsel filed a motion to abate the appeal to permit the court reporter and clerk of the court to prepare

records of the hearing on the motion for new trial held May 11, 2015. To date, counsel has submitted no brief. We deny the request and issue the following order.

We order the court reporter and clerk of the court to file the supplemental records, if any, on or before **November 19, 2015**. We further order appellant's counsel, Melissa Martin, to file a brief with the clerk of this court on or before **December 18, 2015**. If counsel does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.


PER CURIAM